Vladenn Medical Supply Corp., as Assignee of Alleyne, Kayode, Appellant,
against
American Transit Ins. Co., Respondent.




The Rybak Firm, PLLC (Damin J. Toell, Esq.), for appellant.
Law Office of Jason Tenenbaum, P.C. (Jason Tenenbaum, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Ulysses Bernard Leverett, J.), entered March 19, 2014. The order, insofar as appealed from, denied the branch of plaintiff's motion seeking summary judgment on so much of the complaint as sought to recover upon a claim for $1,885.58 and granted the branch of defendant's cross motion seeking summary judgment dismissing that portion of the complaint.




ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff moved for summary judgment and defendant cross-moved for summary judgment dismissing the complaint. Plaintiff appeals from so much of an order of the Civil Court as denied the branch of plaintiff's motion seeking summary judgment on so much of the complaint as sought to recover upon a claim for $1,885.58 and granted the branch of defendant's cross motion seeking summary judgment dismissing that portion of the complaint.
Contrary to plaintiff's arguments, the record establishes that defendant had not received timely notice of the accident (see 11 NYCRR § 65-1.1); that the claim at issue had been untimely submitted(see id.); and that defendant had timely denied the claim at issue on those grounds (see St. Vincent's Hosp. of Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]).
Accordingly, the order, insofar as appealed from, is affirmed.
PESCE, P.J., ALIOTTA and SOLOMON, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: September 22, 2017